IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| RANDOLPH BROWN, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION |
| vs. | § | |
| | § | FILE NO. _____ |
| RONALD LYNN LIPSCOMB, | § | |
| FEDEX FREIGHT, INC., and | | |
| PROTECTIVE INSURANCE | § | |
| COMPANY, | | |
| | § | |
| Defendants. | | |

## **NOTICE OF REMOVAL**

COME NOW the Defendants in the above-captioned action, by and through their undersigned counsel, and herein respectfully shows this Honorable Court as follows:

1.

A civil action was filed by the above-named Plaintiff Randolph Brown in the Superior Court of Lowndes County, State of Georgia, naming the Defendants FedEx Freight, Inc., Ronald Lynn Lipscomb and Protective Insurance Company as Defendants in Civil Action File No. 2021CV0990. True and correct copies of all process, pleadings, and pleadings served on the Defendants in the Superior Court of

Lowndes County and the answer filed by the Defendant are attached hereto as Exhibit "A".

2.

This is a personal injury action in which Plaintiff is seeking the recovery of bodily injuries sustained in a motor vehicle accident involving a FedEx Freight driver and truck that occurred on May 9, 2017.

3.

Plaintiff Randolph Brown is a citizen of the State of Georgia.

4.

Defendant FedEx Freight is a foreign Delaware corporation with its principal place of business located at 2200 Forward Drive, Harrison, Arkansas 72601.

5.

Defendant Ronald Lipscomb is a citizen of the State of Florida.

6.

Defendant Protective Insurance Company is a foreign Indiana corporation with its principal place of business at 111 Congressional Boulevard, Suite 500, Carmel, Indiana 46032.

7.

The Defendants first received notice of this lawsuit on June 23, 2021.

Therefore, this Notice of Removal to the United States District Court is filed by Defendants within thirty (30) days of their first notice of the lawsuit in accordance with 28 U.S.C. § 1446.

8.

In support of the assertion of federal jurisdiction, Defendants refer to the complaint in which Plaintiff seeks damages in the amount of $5,000,000.

9.

The matter in controversy is one in which this Court has jurisdiction pursuant to 28 U.S.C. § 1332 as it involves citizens of different states, and the amount in controversy exceeds the sum of value of $75,000, exclusive of interest and costs. Therefore, pursuant to 28 U.S.C. §§ 1332 and 1441(a), this matter may be removed to this Honorable Court.

10.

Venue in this Court is proper pursuant to 28 U.S.C. §§ 1391 and 1441.

11.

Attached hereto and incorporated herein by reference are:

(a)     Exhibit "B", which are true and correct copies of the notices filed by Defendants in the Superior Court of Lowndes County, Georgia, and served on the Plaintiff's attorney in that action.

WHEREFORE, Defendants pray that the Superior Court of Lowndes County, Georgia proceed no further with Civil Action File No. 2021CV0990, and that said action be removed to this Court.  Defendants further request that there be a trial by jury of all issues so triable.

This  13th  day of July, 2021.

RESPECTFULLY SUBMITTED,

  s/   John H. Peavy, Jr.
JOHN H. PEAVY, JR.
Georgia Bar No. 569610
Attorney for Defendants

PEAVY LAW, LLC
One Atlantic Center
1201 W. Peachtree Street, Suite 2300
Atlanta, Georgia 30309
Phone:  (404) 874-0101
FAX:   (404) 874-0404
E-Mail:  jay@peavylawllc.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing **Notice of Removal** upon Plaintiff by e-mailing a copy of the same addressed as follows:

Jody D. Peterman, Esq.
Dillon P. Hanson, Esq.
JODY D. PETERMAN, LLC
P. O. Box 6010
Valdosta, Georgia 31603-6010
petermanlawoffice@yahoo.com
dhanson.petermanlaw@gmail.com

This   13th   day of July, 2021.

                                                                                                      /s/   John H. Peavy, Jr.
                                                                     JOHN H. PEAVY, JR.
                                                                     Georgia Bar No. 569610
                                                                     Attorney for Defendants

PEAVY LAW, LLC
One Atlantic Center
1201 W. Peachtree Street, Suite 2300
Atlanta, Georgia 30309
Phone:  (404) 874-0101
FAX:   (404) 874-0404
E-Mail:  jay@peavylawllc.com